JS-6

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
James P. Wagoner, #58553
  jim.wagoner@mccormickbarstow.com
Lejf E. Knutson, #234203
  lejf.knutson@mccormickbarstow.com
Graham A. Van Leuven, #295599
  graham.vanleuven@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Plaintiff GEICO GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GEICO GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH IARUSSI, MONICA HASTINGS IARUSSI, JASMINE HASTINGS, JACOB KOOI, HELEN KOOI, CITY OF SAN LUIS OBISPO, COLORADO STRUCTURES, INC. dba CSI CONSTRUCTION COMPANY, PALOMA BADARACCO and KELLIE AVILA CONSTRUCTION SERVICES, INC. dba AVILA TRAFFIC SAFETY,<br><br>Defendants. | Case No. CV 23-507-GW-RAOx<br><br>**ORDER RE CONSENT JUDGMENT**<br><br>Assigned to: Judge George H. Wu |

Pursuant to both the stipulation of the Parties set forth in the Stipulation and Consent Judgment and the Stipulations to be Bound by the Judgment entered into on behalf of Defendants Colorado Structures, Inc. dba CCSI Construction Company (Dkt. 46), Kellie Avila Construction Services, Inc. dba Avila Traffic Safety (Dkt. 47), the City Of San Luis Obispo (Dkt. 49), Paloma Badaracco (Dkt. 56), Jasmine Hastings (Dkt. 59), and Monica Hastings Iarussi (Dkt. 60), the Court hereby enters judgment

declaring and determining that:

1. Plaintiff GEICO General has no duty to defend or indemnify Kenneth Iarussi for his liability as alleged in the *Kooi v. Jasmine H.* action, San Luis Obispo County Superior Court no. 22cv-0412;

2. Plaintiff GEICO General has no duty to defend or indemnify Monica Hastings Iarussi for her liability as alleged in the *Kooi v. Jasmine H.* action, San Luis Obispo County Superior Court no. 22cv-0412;

3. Plaintiff GEICO General has no duty to defend or indemnify Jasmine Hastings for her liability as alleged in the *Kooi v. Jasmine H.* action, San Luis Obispo County Superior Court no. 22cv-0412.

All Parties to bear their own costs.

DATED: December 8, 2023

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE

032192-000305 9530055.1

# PROOF OF SERVICE

**GEICO General Insurance Co. v. Kenneth Iarussi, et al.**
Case No. 2:23-cv-00507 GW (RAOx)

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On December 6, 2023, I served true copies of the following document(s) described as **PROPOSED ORDER RE CONSENT JUDGMENT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY ELECTRONIC SERVICE (E-MAIL):** Based on a court order or an agreement of the parties to accept electronic service, my electronic service address is marisela.taylor@mccormickbarstow.com, and I caused the document(s) to be sent to the persons at the electronic service address(es) listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 6, 2023, at Fresno, California.

_____
Marisela Taylor

# SERVICE LIST
*GEICO General Insurance Co. v. Kenneth Iarussi, et al.*
Case No. 2:23-cv-00507 GW (RAOx)

| | |
|---|---|
| Mark West<br>Law Offices of Mark West<br>8312 Beverly Dr.<br>San Gabriel, CA 91775<br>Telephone: (626) 607-6457<br>Email: markwest@markwestlaw.com | *Attorneys for Defendants Helen Kooi and Jacob Kooi* |
| Darren W. Epps<br>Epps & Gilroy LLP<br>2650 Industrial Parkway, #100<br>Santa Maria, CA 93455<br>Telephone: (805) 544-4875<br>Email: depps@egllp.com<br>        mdeleon@egllp.com | *Attorneys for Defendants Jasmine Hastings and Monica Hastings Iarussi* |
| Naveen Feroz<br>Ford, Walker, Haggerty & Behar LLP<br>One World Trade Center, 27th Floor<br>Long Beach, CA 90831<br>Telephone: (408) 767-8784<br>Email: nferoz@fwhb.com | *Attorneys for Defendant Kenneth Iarussi* |
| Kelley E. Harman<br>Tyson & Mendes, LLP<br>445 South Figueroa St., Suite 3100<br>Los Angeles, CA 90071<br>Telephone: (213) 745-8600<br>Email: kharman@tysonmendes.com<br>        t_clacy@tysonmendes.com | *Attorneys for Defendant Colorado Structures, Inc. dba CSI Construction Company* |
| Joshua M. George<br>Adamski, Moroski, Madden, Cumberland & Green LLP<br>P.O. Box 3835<br>San Luis Obispo, CA 93403<br>Telephone: (805) 543-0990<br>Email: george@ammcglaw.com<br>        casteel@ammcglaw.com<br>        jredfern@ammcglaw.com<br>        ruth@ammcglaw.com | *Attorneys for Defendant City of San Luis Obispo*<br><br><u>Via Email</u> |
| Richard G. Arneal<br>Wolfe & Wyman LLP<br>2033 N. Main St., Suite 365<br>Walnut Creek, CA 94596-3722<br>Telephone: (925) 482-1903<br>Email: rgarneal@ww.law | *Attorneys for Defendant Kellie Avila Construction Services, Inc. dba Avila Traffic Safety*<br><br><u>Via Email</u> |

| | | |
|---|---|---|
| 1 | Royce J. Borgeson<br>Henderson & Borgeson | *Attorneys for Paloma Badaracco* |
| 2 | 801 Garden Street, Suite 100<br>Santa Barbara, CA  93101 | <u>*Via Email*</u> |
| 3 | Telephone:  (805) 963-0484<br>Email:  royce@hendersonborgeson.com | |
| 4 | Email:  laurar@hendersonborgeson.com | |
| 5 | Kenneth Iarussi<br>P.O. Box 775 | <u>*Via Email*</u> |
| 6 | Avila Beach, CA  93424-0775<br>Email:  keniarussi@aol.com | |